

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., ) | NO. CV 08-01892 SJO (JCx) |
| Plaintiffs, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| HI-LINE CONSTRUCTION, INC., ) | |
| Defendant. ) | |

This matter came before the Court on Plaintiffs Trustees of the Operating Engineers Pension Trust, the Operating Engineers Health and Welfare Fund, the Operating Engineers Vacation-Holiday Trust, and the Operating Engineers Training Trust's (collectively, "Plaintiffs") Motion for Default Judgment.  After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiffs' Motion against Defendant Hi-Line Construction, Inc. ("Hi-Line").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Hi-Line pay to Plaintiffs:

(1) $191,658.60 in unpaid fringe benefits;

(2) $18,814.10 in interest on the unpaid contributions;

(3) $28,766.51 in liquidated damages;

1       (4) $21,878.00 in attorney's fees; and

2       (5) $1,332.39 in costs.

3       IT IS SO ADJUDGED.

4

5 Dated this 27th day of July, 2009.

6

7

8                       S. JAMES OTERO
                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28